

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8          IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:16-CR-00111 KJM
12 |                     Plaintiff,   | [PROPOSED] ORDER TO UNSEAL INDICTMENT
13 |           v.                     |
14 | VIVIAN WANG, and                 |
   | FRANK LUO,                       |
15 |   Aka Jia Ju Luo,                |
16 |                     Defendants.  |

17
   Upon application of the United States of America and good cause having been shown,
18
   IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
19
   ordered unsealed.
20

21 Dated: 6/3/2016

                                            _____
22                                          The Honorable Carolyn K. Delaney
                                            UNITED STATES MAGISTRATE JUDGE
23

---

[PROPOSED] ORDER TO UNSEAL INDICTMENT