HAYES H. GABLE, III
Attorney at Law   - SBN 060368
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Email: hhgable@gmail.com

Attorney for Defendant
VIVIAN WANG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

oOo

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 2:16-cr-0111 KJM |
| v. | ) ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| VIVIAN WANG, | ) ) | |
| Defendant(s). | ) ) | |

The defendant, VIVIAN WANG, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18

1

1  //

2  U.S.C. Sections 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and

3  delays under the provisions of that Act without defendant being present.

4  Dated:

           signature on original
           _____
           **VIVIAN WANG**
           Defendant

**IT IS SO ORDERED**.

DATED: June 24, 2016

           _(signed)_
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE