PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>VIVIAN WANG,<br><br>                    Defendant. | CASE NO. 2:16-CR-111 KJM<br><br>STIPULATION REGARDING CONTINUANCE OF BOND STATUS HEARING<br><br>DATE: June 30, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 30, 2016, for discussion of bond options for the defendant.

2. By this stipulation, the parties now move to continue the bond status conference until July 7, 2016, at 2 p.m.

3. The parties believe that this continuance will allow the defendant and defense counsel to prepare adequately the requisite real estate and financial information for such a hearing.

IT IS SO STIPULATED.

Dated:  June 24, 2016              PHILLIP A. TALBERT
                                   Acting United States Attorney


                                    /s/ MATTHEW M. YELOVICH
                                   MATTHEW M. YELOVICH
                                   Assistant United States Attorney


Dated:  June 24, 2016               /s/ Hayes H. Gable, III
                                   Hayes H. Gable, III
                                   Counsel for Defendant
                                   VIVIAN WANG


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of June, 2016.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE