HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
VIVIAN WANG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>             Plaintiff,<br><br>vs.<br><br>**VIVIAN WANG**,<br><br>             Defendant | Case No.: 2:16-CR-0111 KJM<br><br><br>STIPULATION AND ORDER RE:<br>1)  MODIFICATION OF PRETRIAL<br>     RELEASE CONDITION RE CURFEW;<br>2)  ADDITIONAL BOND IN THE<br>     AMOUNT OF $100,000 SECURED BY<br>     REAL PROPERTY<br>3)  VACATING JULY 7, 2016, HEARING |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Yelovich, and defendant Vivian Wang, by and through her attorney of record, Hayes H. Gable III, agree and stipulate to the following:

   1)  The defendant's amended special conditions of release (ECF no. 32) be modified as

       follows:  "13. **CURFEW: You shall remain inside your residence every day from**

       **9:00pm to 9:00am, or as adjusted by the pretrial services officer for medical,**

1)  STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL
    RELEASE CONDITION RE CURFEW; ADDITIONAL BOND IN THE AMOUNT OF
    $100,000 SECURED BY REAL PROPERTY VACATING JULY 7, 2016, HEARING

**religious services, employment or court-ordered obligations."** Pretrial Services Officer Rene Basurto approves of the said modification.

2) Defendant shall execute an appearance bond in the amount of $100,000 and shall secure said bond with a deed of trust on real property located at 290 Relais Trce, Alpharetta, GA 30004, and shall record said deed in the state of Georgia.  Defendant shall furnish proof of recordation to the Court within ten days of this stipulation.

3) The purpose of the hearing scheduled for July 7, 2016, having been satisfied by the above-stipulations, it is hereby agreed by the parties that the hearing should be vacated.

Accordingly, the parties respectfully request the Court adopt these proposed stipulations and order the Second Amended Special Conditions of Release, attached hereto, filed and made a part of the record herein, that the Court approve the additional bail and order the continued release of defendant, and that the hearing of July 7, 2016 be vacated.

Dated:  July 6, 2016

Respectfully submitted,


/s/ Matthew Yelovich_____
MATTHEW YELLOVICH
Assistant U.S. Attorney


/s/ Hayes H. Gable III_____
HAYES H. GABLE III
Attorney for Defendant
VIVIAN WANG

1) STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE CONDITION RE CURFEW; ADDITIONAL BOND IN THE AMOUNT OF $100,000 SECURED BY REAL PROPERTY VACATING JULY 7, 2016, HEARING

**ORDER**

Based upon the forgoing stipulations of the parties and with the agreement of the Pretrial Services officer, and good cause appearing, the Court adopts these proposed stipulations and orders the Second Amended Special Conditions of Release filed and made a part of the record herein.  The Court approves the additional bail conditions, orders the continued release of defendant and vacates the hearing set for July 7, 2016.

Dated:  July 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1)   STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL
     RELEASE CONDITION RE CURFEW; ADDITIONAL BOND IN THE AMOUNT OF
     $100,000 SECURED BY REAL PROPERTY VACATING JULY 7, 2016, HEARING