HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
VIVIAN WANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:16-CR-0111 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE CONDITION RE WARRANTS** |
| **VIVIAN WANG**, | |
| Defendant | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Yelovich, and defendant Vivian Wang, by and through her attorney of record, Hayes H. Gable III, agree and stipulate that item number 14 of the Second Amended Special Conditions of Release be modified to allow an additional period of 60 days to clear the outstanding warrants. Pretrial Services Officer Rene Basurto approves of the said modification.

1) Accordingly, the parties respectfully request the Court approve this modification.

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL
RELEASE CONDITION RE WARRANTS

Dated: August 10, 2016

                        Respectfully submitted,

/s/ Matthew Yelovich_____
MATTHEW YELOVICH
Assistant U.S. Attorney

/s/ Hayes H. Gable III_____
HAYES H. GABLE III
Attorney for Defendant
VIVIAN WANG

**ORDER**

Based upon the forgoing stipulations of the parties and with the agreement of the Pretrial Services officer, and good cause appearing, the Court adopts the proposed stipulation. Defendant is granted an additional 60 days from the date of this order to clear the outstanding warrants.

Dated: August 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE CONDITION RE WARRANTS