LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
VIVIAN WANG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00111 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO REMOVE LOCATION MONITORING EQUIPMENT |
| v. | |
| VIVIAN WANG, | |
| Defendant. | |

**STIPULATION**

At the request of Pretrial Services, the parties hereby stipulate to remove Defendant VIVIAN WANG'S location monitoring equipment on January 2, 2018, so she can surrender at the designated federal correctional institution the next day.

**IT IS SO STIPULATED.**

DATED:     December 21, 2018          /s/ Matthew Yelovich
                                       MATTHEW YELOVICH
                                       Assistant United States Attorney

1
USA v. Wang- Stip and Order to Remove Location Monitoring

1 DATED:     December 21, 2018            /s/ Chris Cosca
                                          CHRIS COSCA
2                                         Counsel for Defendant
                                          VIVIAN WANG
3

4
                              **O R D E R**
5

6 IT IS SO FOUND AND ORDERED

7 Dated:  December 21, 2018

8

9  _____
   DEBORAH BARNES
10 UNITED STATES MAGISTRATE JUDGE